DURIE TANGRI LLP
DARALYN J DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant and Counterclaim Plaintiff
NETFLIX, INC.

*E-FILED 08-02-2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>        Defendant and Counterclaim Plaintiff. | Case No. 5:11-cv-02466-HRL<br><br>**JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND ~~[PROPOSED]~~ ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 9, 2011<br>Time:   1:30 p.m.<br>Ctrm:   2, 5th Floor<br>Judge:  Honorable Howard R. Lloyd<br><br>**[Re:   Docket No. 16]** |

1  Pursuant to Civil L.R. 6-2 and 7-12 and Fed. R. Civ. P. 6(b), Plaintiff and Counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and Counterclaim Plaintiff Netflix, Inc. ("Netflix") hereby request that the Court enter an order changing the time of the Case Management Conference.  This stipulated request is supported by the Declaration of Ryan M. Kent in Support of Joint Stipulated Request Pursuant to Local Rule 6-2 for Changing Time of Case Management Conference ("Kent Decl.").  In support of the parties' stipulated request, the parties state as follows:

      1. The Court set the initial Case Management Conference for August 9, 2011 at 1:30 p.m.

      2. The parties request that the Case Management Conference be set for September 6, 2011 at 1:30 p.m.

      3. There have been no previous time modifications in this case, either by stipulation or court order.  Kent Decl. ¶ 2.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the Case Management Conference be set for September 6, 2011 at 1:30 p.m.

1   IT IS SO STIPULATED.

2   Dated: July 25, 2011                    DURIE TANGRI LLP

4                                           By:  _____/s/ Ryan M. Kent_____
                                                 DARALYN J. DURIE
5                                                RYAN M. KENT
                                                 EUGENE NOVIKOV

6                                           Attorneys for Defendant and Counterclaim
7                                           Plaintiff NETFLIX, INC.

8   Dated: July 25, 2011                    GOLDSTEIN & VOWELL, LLP

10                                          By:  _____/s/ Edward W. Goldstein_____
                                                 EDWARD W. GOLDSTEIN
11                                               CORBY R. VOWELL
                                                 JODY M. GOLDSTEIN
12                                               ALISA A. LIPSKI

13                                          Attorneys for Plaintiff and Counterclaim
                                            Defendant EIT HOLDINGS, LLC

15  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

16  **In view of the court's unavailability, and pursuant to the parties' stipulation, it is so ordered.**
    ~~SO ORDERED~~.  **However, on any future application for a continuance, the parties shall state why the continuance is being sought.**
    ~~Dated: July ___, 2011~~

19  Dated:  August 2, 2011                  _____
                                            HONORABLE HOWARD R. LLOYD
20                                          U.S. ~~DISTRICT COURT~~ JUDGE
                                            MAGISTRATE

---

2
JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND ~~[PROPOSED]~~ ORDER
CHANGING TIME OF CASE MANAGEMENT CONFERENCE / CASE NO. 3:11-CV-02463-JCS