**\*E-FILED 09-06-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, | No. C11-02466 HRL |
| Plaintiff, | **ORDER (1) SETTING FURTHER CASE MANAGEMENT CONFERENCE; AND (2) REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

The parties appeared for a case management conference on September 6, 2011. Based on the discussion held at the conference, the court orders as follows:

A further case management conference is set for **November 1, 2011, 1:30 p.m.** An updated joint case management statement shall be filed no later than **October 25, 2011**.

This court is informed that Magistrate Judge Spero has agreed to conduct a settlement conference in this matter. Accordingly, this case is referred to him for that purpose.

SO ORDERED.

Dated: September 6, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02466-HRL Notice has been electronically mailed to:

Daralyn J. Durie     ddurie@durietangri.com, docketing@durietangri.com

Edward W. Goldstein     egoldstein@gliplaw.com, jvillegas@gviplaw.com, vhernandez@gliplaw.com

Eugene Novikov     enovikov@durietangri.com

Mark W. Good     mgood@terra-law.com

P.J. Benedict O'Mahoney     bomahoney@terralaw.com, dmalone@gviplaw.com

Ryan Marshall Kent     rkent@durietangri.com, docketing@durietangri.com, jcotton@durietangri.com, records@durietangri.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.